**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000933
09-MAY-2023
08:30 AM
Dkt. 149 ODMR**

NO. CAAP-18-0000933

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


ANASTASIA LYTLE, Plaintiff-Appellant,
and
ALAN CARPENTER and SUSAN COURTNEY CARPENTER, Plaintiffs,
v.
AIRBORNE AVIATION, INC.; AIRBORNE AVIATION, LLC;
and CHRISTOPHER KIM, Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; and DOE ENTITIES 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 15-1-0131 JKW)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, and Hiraoka and Wadsworth, JJ.)

Upon consideration of Plaintiff-Appellant Anastasia Lytle's motion for reconsideration filed on April 29, 2023, the papers in support, and the record, it appears that:

(1) Plaintiff-Appellant moves for reconsideration of the Summary Disposition Order filed on April 20, 2023;

(2) The motion for reconsideration presents no point of law or fact that this court overlooked or misapprehended. <u>See</u> Hawai'i Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, May 9, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiroka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge